# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> Defendants. | Case No.: 1:19-cv-00408 |

## CERTIFICATE LCvR 26.1

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for plaintiffs Center for Biological Diversity, Defenders of Wildlife, and Animal Legal Defense Fund, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which owns at least 10% of the stock of plaintiffs which have any outstanding securities in the hands of the public: **None**.

These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully Submitted this 16th day of February, 2019.

/s/ Tanya Sanerib

Tanya Sanerib (D.C. Bar No. 473506)
CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th Street, #146
Seattle, WA 98117
Tel: (206) 379-7363
Email: tsanerib@biologicaldiversity.org

*Attorney for Plaintiffs*