### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | |
| Plaintiffs, | Case No.: 1:19-cv-00408 |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

### MOTION FOR ADMISSION OF BRIAN SEGEE TO APPEAR *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Brian Segee *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Brian Segee, filed herewith. This motion is supported and signed by Tanya Sanerib, an active and sponsoring member of the Bar of this Court.

DATED**:**  February 16, 2019      Respectfully submitted,

/s/ Tanya Sanerib_____

Tanya Sanerib (D.C. Bar No. 473506)
CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th Street, #146
Seattle, WA 98117
Tel: (206) 379-7363
Email: tsanerib@biologicaldiversity.org

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No.: 1:19-cv-00408 |

**DECLARATION OF BRIAN SEGEE
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Brian Segee, hereby declare:

1. My full name is Brian Paul Segee.

2. My office address and telephone number are as follows:

Center for Biological Diversity
660 S. Figueroa Street, Suite 1000
Los Angeles, CA  90017
Tel: (805) 750-8852

3. I have been admitted to the following courts and bars:

State Bars
California (May 1999)
District of Columbia (April 2005)(Resigned September 2018)

U.S. District Courts:
Colorado (May 2003)
District of Columbia (October 2004)
Eastern District California (November 2004)
Northern District California (March 2008)
Southern District California (August 2008)
Central District California (May 2012)

<u>U.S. Court of Appeals</u>
11th Circuit (October 2005)
9th Circuit (March 2007)
Veterans Claims (September 2011)

4. I have not been disciplined by any bar.

5. I have been admitted *pro hac vice* to one case in this Court during the past two years: *Center for Biological Diversity v. Nielsen*, Civ. No. 1:18-655 (KBJ).

6. I do not have an office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of February, 2019.

_____
Brian Segee