**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. | Case No. 1:19-cv-00408-TNM |

## MOTION FOR ADMISSION OF ANTHONY T. ELISEUSON TO APPEAR *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Anthony T. Eliseuson *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Anthony T. Eliseuson, filed herewith and is supported and signed by Tanya Sanerib, an active and sponsoring member of the Bar of this Court.

DATED**:**  February 19, 2019

Respectfully submitted,

 /s/  Tanya Sanerib
Tanya Sanerib (D.C. Bar No. 473506)
CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th Street, #146
Seattle, WA 98117
Tel: (206) 379-7363
Email: tsanerib@biologicaldiversity.org