# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>       Defendants. | Civil Action No: 1:19-cv-00408-TNM<br><br>**AFFIDAVIT OF SERVICE** |

      I respectfully certify that service for the above-captioned case took place as described below, which included true and correct copies of each of the following documents:

| | |
|---|---|
| ECF 1 | Complaint |
| ECF 1-1 | Civil Cover Sheet |
| ECF 1-9 | Notice of Related Case |
| ECF 2 | Corporate Disclosure Statement |
| ECF 3 | Motion for Admission to Appear *Pro Hac Vice* |
| ECF 3-1 | Declaration of Brian Segee |
| ECF 5 | Issued Summons |
| ECF 6 | Standing Order for Cases Before Judge Trevor N. McFadden |
| ECF 7 | Motion for Admission to Appear *Pro Hac Vice* |
| ECF 7-1 | Declaration of Anthony T. Eliseuson |

      On February 21, 2019, the above listed documents were sent by certified mail, electronic return receipt requested, to the following parties:

President Donald J. Trump
White House
1600 Pennsylvania Ave, NW
Washington, DC 20500

Patrick M. Shanahan
Acting Secretary of Defense
U.S. Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Steven Mnuchin
Secretary of the Department of Treasury
Department of Treasury
1600 Pennsylvania Ave., NW
Washington, DC 20240

Kirstjen M. Nielsen
Secretary of Homeland Security
245 Murray Lane, SW
Washington, DC 20528

David Bernhardt
Acting Secretary of Interior
U.S. Department of Interior
1849 C Street, NW
Washington, DC 20240

U.S. Attorney for the District of Columbia
U.S. Attorney's Office
Judiciary Square
555 4th Street, NW
Washington, DC 20530

U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Acting Secretary Shanahan, Secretary Nielsen, and Acting Secretary Bernhardt received the documents on February 26, 2019.  President Trump, Secretary Mnuchin, the U.S. Attorney, and the U.S. Attorney General received the documents on February 27, 2019.  Receipts and delivery confirmation are attached hereto as Exhibit A.

DATED: February 28, 2019           /s/ Cynthia Elkins
                                    Cynthia Elkins, Paralegal
                                    Center for Biological Diversity
                                    P.O. Box 220
                                    Whitethorn, CA 95589

# Exhibit A












February 28, 2019

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0001 0203 0750**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | February 27, 2019, 4:06 am |
| Location: | WASHINGTON, DC 20500 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |
| **Shipment Details** | |
| Weight: | 11.0oz |
| **Destination Delivery Address** | |
| Street Address: | 1600 PENNSYLVANIA AVE NW |
| City, State ZIP Code: | WASHINGTON, DC 20500-0003 |
| **Recipient Signature** | |
| Signature of Recipient: | *Mateo Nadd / M. Nadd* |
| Address of Recipient: | *20500 White House* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



February 28, 2019

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0001 0203 0774**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | February 26, 2019, 10:59 am |
| Location: | WASHINGTON, DC 20310 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Shipment Details | |
| Weight: | 11.0oz |
| Recipient Signature | |

| | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



February 28, 2019

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0001 0203 0798**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | February 27, 2019, 4:04 am |
| Location: | WASHINGTON, DC 20220 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Shipment Details | |
| Weight: | 11.0oz |
| Recipient Signature | |
| Signature of Recipient: | *[handwritten signature]* |
| Address of Recipient: | *[handwritten] TREAS 20220* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



February 28, 2019

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0001 0203 0781**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | February 26, 2019, 11:03 am |
| Location: | WASHINGTON, DC 20528 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| **Shipment Details** | |
| Weight: | 11.0oz |
| **Recipient Signature** | |

| | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



February 28, 2019

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0001 0203 0613**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | February 26, 2019, 11:59 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| **Shipment Details** | |
| Weight: | 11.0oz |
| **Recipient Signature** | |

Signature of Recipient: *[signature]*

Address of Recipient: *20247*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



February 28, 2019

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0001 0203 0804**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | February 27, 2019, 5:44 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| **Shipment Details** | |
| Weight: | 11.0oz |
| **Recipient Signature** | |

| | |
|---|---|
| Signature of Recipient: | *[handwritten signature]* Eddie L. Anderson |
| Address of Recipient: | Justice 20530 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



February 28, 2019

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7018 1830 0001 0203 0743**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | February 27, 2019, 5:44 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| **Shipment Details** | |
| Weight: | 11.0oz |
| **Recipient Signature** | |

| | |
|---|---|
| Signature of Recipient: | *[signature] Eddie L. Anderson* |
| Address of Recipient: | *Justice 20530* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004