**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al*.<br><br>　　　　　Plaintiffs,<br>v.<br><br>DONALD J. TRUMP,<br>in his official capacity as President of the United States, *et al*.<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00408-TNM |

**NOTICE OF APPEARANCE OF
ANCHUN JEAN SU AS ATTORNEY**

　　Pursuant to Civil Local Rule 83.6(a), Plaintiffs hereby provide notice of the appearance of Anchun Jean Su (D.C. Bar No. CA285167) as counsel for Plaintiffs in this matter. Ms. Su is admitted to practice in the United States District Court for the District of Columbia and is a registered ECF filer in this court. Ms. Su's contact information is:

　　Anchun Jean Su
　　Center for Biological Diversity
　　1411 K St. NW, Suite 1300
　　Washington, DC 20005
　　Telephone: 202-849-8399
　　Email: jsu@biologicaldiversity.org

Please enter the appearance of Anchun Jean Su as counsel for Plaintiffs in the above captioned case.

　　Dated this 1st day of March, 2019.　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Anchun Jean Su*
　　　　　　　　　　　　　　　　　　　　　Anchun Jean Su
　　　　　　　　　　　　　　　　　　　　　(D.C. Bar No. CA285167)
　　　　　　　　　　　　　　　　　　　　　CENTER FOR BIOLOGICAL DIVERSITY
　　　　　　　　　　　　　　　　　　　　　1411 K Street N.W., Suite 1300
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005

2

Telephone: 202-849-8399  
Email: jsu@biologicaldiversity.org

*Counsel for Plaintiffs*