IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; PATRICK M. SHANAHAN, in his official capacity as Acting Secretary of Defense; STEVEN MNUCHIN, in his official capacity as Secretary of the Department of Treasury; KIRSTJEN M. NIELSEN, in her official capacity as Homeland Security Secretary; DAVID BERNHARDT, in his official capacity as Acting Secretary of the Interior,<br><br>Defendants. | Civil Action No. 1:19-cv-00408 (TNM) |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that ANDREW I. WARDEN, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance on behalf of the Defendants in this action.

Dated: April 2, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ Andrew I. Warden
ANDREW I. WARDEN (IN Bar No. 23840-49)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 7301
Washington, DC 20005
Tel: (202) 616-5084
Email: Andrew.Warden@usdoj.gov

*Counsel for Defendants*