## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY;
DEFENDERS OF WILDLIFE; ANIMAL LEGAL
DEFENSE FUND,

               Plaintiffs,

     v.

DONALD J. TRUMP, in his official capacity as
President of the United States of America; PATRICK
M. SHANAHAN, in his official capacity as Acting
Secretary of Defense; STEVEN MNUCHIN, in his
official capacity as Secretary of the Department of
Treasury; KIRSTJEN M. NIELSEN, in her official
capacity as Homeland Security Secretary; DAVID
BERNHARDT, in his official capacity as Acting
Secretary of the Interior,

               Defendants.

Civil Action No. 1:19-cv-00408 (TNM)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that LESLIE COOPER VIGEN, an attorney with the United

States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance

on behalf of the Defendants in this action.

Dated:  April 2, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ Leslie Cooper Vigen
LESLIE COOPER VIGEN

Trial Attorney (D.C. Bar No. 1019782)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0727
Fax: (202) 616-8470
Email: Leslie.Vigen@usdoj.gov

*Counsel for Defendants*