IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND,<br><br>      Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; PATRICK M. SHANAHAN, in his official capacity as Acting Secretary of Defense; LIEUTENANT GENERAL TODD T. SEMONITE, in his official capacity as Commander and Chief of Engineers, U.S. Army Corps of Engineers; KEVIN McALEENAN, in his official capacity as Acting Homeland Security Secretary; DAVID BERNHARDT, in his official capacity as Secretary of the Interior,<br>      Defendants. | Civil Action No. 1:19-cv-00408 (TNM) |

## UNOPPOSED MOTION FOR PAGE EXTENSION

    Defendants respectfully request a 10-page enlargement of the page limitation with respect to Defendants' motion to dismiss Plaintiffs' amended complaint. In accordance with Local Rule 7(m), counsel for the parties have conferred, and Plaintiffs consent to this request. If Defendants' extension is granted, the parties agree Plaintiffs should receive a similar 10-page extension for the memorandum in opposition to Defendants' motion to dismiss. In support of this motion, Defendants submit the following:

    1.  Plaintiffs filed this lawsuit on February 16, 2019. *See* ECF No. 1. On April 2, 2019, Defendants filed a motion to dismiss the complaint. *See* ECF No. 12. On April 15, 2019, Plaintiffs filed an amended complaint. *See* ECF No. 16. Defendants' renewed motion to dismiss is due May 10, and Plaintiffs' memorandum in opposition to the renewed motion is due May 31. *See* Minute Order (April 23, 2019). Local Rule 7(e) limits Defendants' memorandum in support of the motion to dismiss to 45 pages and Plaintiffs' memorandum in opposition to 45 pages.

2. Good cause exists for the requested 10-page extension. Plaintiffs' complaint raises issues of national concern, and requires Defendants to address a range of arguments including justiciability, standing to bring this action, and the merits of Plaintiffs' claims. The requested page extension will enable Defendants to brief these important issues appropriately and provide the Court with a complete presentation that will assist the Court with its adjudication of this case.

3. Accordingly, Defendants respectfully request permission to file a memorandum in support of the motion to dismiss not to exceed 55 pages in length. If this request is granted, the parties agree Plaintiffs should receive a similar extension to file a memorandum in opposition not to exceed 55 pages in length.

Dated: May 7, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES BURNHAM
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ Andrew I. Warden
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)

/s/ Leslie Cooper Vigen
LESLIE COOPER VIGEN
Trial Attorney (D.C. Bar No. 1019782)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11308
Washington, DC 20005
Tel: (202) 305-0727
Email: Leslie.Vigen@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND,<br><br>                    Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; PATRICK M. SHANAHAN, in his official capacity as Acting Secretary of Defense; LIEUTENANT GENERAL TODD T. SEMONITE, in his official capacity as Commander and Chief of Engineers, U.S. Army Corps of Engineers; KEVIN McALEENAN, in his official capacity as Acting Homeland Security Secretary; DAVID BERNHARDT, in his official capacity as Secretary of the Interior,<br><br>                    Defendants. | Civil Action No. 1:19-cv-00408 (TNM) |

## **[Proposed] ORDER**

Upon consideration of Defendants' Unopposed Motion for Page Extension, it is hereby

ORDERED:

1. Defendants may file a memorandum in support of the motion to dismiss the amended complaint (ECF No. 16) not to exceed 55 pages in length;

2. Plaintiffs may file a memorandum in opposition to Defendants' motion to dismiss not to exceed 55 pages in length.

DATED:  May ___, 2019                                  _____
                                                                              TREVOR N. McFADDEN
                                                                              United States District Judge