IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>              *Plaintiffs*,<br>      v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>              *Defendants*. | Case No. 1:19-cv-00408 (TNM) |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), *Amicus* Brennan Center for Justice respectfully moves for the admission and appearance of attorney Elizabeth Goitein in the above-captioned matter. As described in the Declaration of Elizabeth Goitein, filed herewith in support of this motion, she is admitted to and an active member in good standing of the following courts: the Massachusetts Bar, Tenth Circuit Court of Appeals, and the Supreme Court of the United States. This motion is supported and sponsored by Daniel I. Weiner, an active member in good standing of the Bar of this Court.

Dated: May 14, 2019

Respectfully submitted,

 s/Daniel I. Weiner
Daniel I. Weiner
D.C. Bar No. 981311
Brennan Center for Justice
1140 Connecticut Ave. NW, Ste. 1150
Washington, D.C. 20036
(202) 249-8383
weinerd@brennan.law.nyu.edu

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>      *Plaintiffs*,<br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>      *Defendants*. | Case No. 1:19-cv-00408 (TNM) |

## DECLARATION OF ELIZABETH GOITEIN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Elizabeth Goitein, hereby declare:

1. My name, office address, and telephone number are as follows:

    Elizabeth Goitein
    Brennan Center for Justice at NYU Law
    1140 Connecticut Ave. NW, Ste. 1150
    Washington, D.C., 20036
    (202) 249-7192

2. I have been admitted to the following courts and bars:

    Bar of the Commonwealth of Massachusetts (Dec. 14, 1999) (Mass. Bar No. 644092)
    Supreme Court of the United States (Nov. 1, 2005)
    U.S. Court of Appeals for the 10th Circuit (July 7, 2006)

3. I have not been disciplined by any court or bar in which I am admitted.

4. I have been admitted *pro hac vice* in this Court one time within the last two years.

//

//

//

5. I am not a member of the District of Columbia bar, nor do I have an application for membership pending. My practice in the District of Columbia is limited pursuant to D.C. App. R. 49(c)(3).

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 14, 2019.

Dated: May 14, 2019

Respectfully submitted,

s/ Elizabeth Goitein
Elizabeth Goitein
Brennan Center for Justice at NYU Law
1140 Connecticut Ave. NW, Ste. 1150
Washington, D.C. 20036
(202) 249-7192
goiteine@brennan.law.nyu.edu

*Counsel for Amicus Brennan Center for Justice*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　　　　　　*Plaintiffs*,<br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>　　　　　　　　　*Defendants*. | Case No. 1:19-cv-00408 (TNM) |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY ELIZABETH GOITEIN *PRO HAC VICE*

The Court has reviewed the motion for admission of attorney Elizabeth Goitein *pro hac vice*, and hereby orders that such motion is **GRANTED**. Attorney Elizabeth Goitein is granted admission *pro hac vice* to this Court for the purposes of representing *Amicus* Brennan Center for Justice in the above-captioned matter.

IT IS SO ORDERED.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Trevor N. McFadden
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge