**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND,<br><div align="right">*Plaintiffs*,</div><div align="center">v.</div>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.,*<br><br><div align="center">*Defendants*.</div> | Case No. 1:19-cv-00408 (TNM) |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), *Amicus* Brennan Center for Justice respectfully moves for the admission and appearance of attorney J. Andrew Boyle in the above-captioned matter. As described in the Declaration of J. Andrew Boyle, filed herewith in support of this motion, he is admitted to and an active member in good standing of the New York Bar. This motion is supported and sponsored by Daniel I. Weiner, an active member in good standing of the Bar of this Court.

Dated: May 14, 2019                                        Respectfully submitted,

<div align="right">
s/Daniel I. Weiner____<br>
Daniel I. Weiner<br>
D.C. Bar No. 981311<br>
Brennan Center for Justice<br>
1140 Connecticut Ave. NW,<br>
Ste. 1150<br>
Washington, D.C. 20036<br>
(202) 249-8383<br>
weinerd@brennan.law.nyu.edu
</div>

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Case No. 1:19-cv-00408 (TNM) |

**DECLARATION OF J. ANDREW BOYLE**

**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, J. Andrew Boyle, hereby declare:

1. My name, office address, and telephone number are as follows:

    Joseph Andrew Boyle
    Brennan Center for Justice at NYU Law
    1140 Connecticut Ave. NW, Ste. 1150
    Washington, D.C., 20036
    (202) 753-5909

2. I have been admitted to the following bar:

    Bar of the State of New York (Aug. 18, 2009) (N.Y. Bar No. 472243)

3. I have not been disciplined by any court or bar in which I am admitted.

4. I have been admitted *pro hac vice* in this Court one time within the last two years.

5. I am not a member of the District of Columbia bar, nor do I have an application for membership pending. My practice in the District of Columbia is limited pursuant to D.C. App. R. 49(c)(3).

//

//

//

//

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 14, 2019.

Dated: May 14, 2019                              Respectfully submitted,

                                                 s/ J. Andrew Boyle
                                                 Joseph Andrew Boyle
                                                 Brennan Center for Justice at NYU Law
                                                 1140 Connecticut Ave. NW, Ste. 1150
                                                 Washington, D.C., 20036
                                                 (202) 753-5909
                                                 boylea@brennan.law.nyu.edu

                                                 *Counsel for Amicus Brennan Center for Justice*

DECLARATION OF J. ANDREW BOYLE                                    Case No. 1:19-cv-00408

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, <br><br><br> *Defendants*. | Case No. 1:19-cv-00408 (TNM) |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY J. ANDREW BOYLE *PRO HAC VICE***

The Court has reviewed the motion for admission of attorney J. Andrew Boyle *pro hac vice*, and hereby orders that such motion is **GRANTED**. Attorney J. Andrew Boyle is granted admission *pro hac vice* to this Court for the purposes of representing *Amicus* Brennan Center for Justice in the above-captioned matter.

IT IS SO ORDERED.

Dated:

———————————————
Hon. Trevor N. McFadden
United States District Judge