### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND,<br><br>            Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; MARK T. ESPER, in his official capacity as Acting Secretary of Defense;[1] LIEUTENANT GENERAL TODD T. SEMONITE, in his official capacity as Commander and Chief of Engineers, U.S. Army Corps of Engineers; KEVIN McALEENAN, in his official capacity as Acting Homeland Security Secretary; DAVID BERNHARDT, in his official capacity as Secretary of the Interior,<br><br>            Defendants. | Civil Action No. 1:19-cv-00408 (TNM) |

### **JOINT STATUS REPORT**

The parties to the above-captioned action agree that Defendants' motion to dismiss (ECF No. 22) raises issues that would benefit from the presentation of oral argument. The motion to dismiss was fully briefed as of June 17, 2019. *See* ECF No. 33. Should the Court agree that oral argument would be beneficial, the parties are available to appear for argument at the Court's convenience on any date between now and August 15, 2019, save July 22–26 and August 5–6.

Dated: July 11, 2019

       Respectfully submitted,

| | |
|---|---|
| */s/ Brian Segee* | */s/ Leslie Cooper Vigen* |
| Brian Segee (CA Bar No. 200795) | LESLIE COOPER VIGEN |
| (Pro Hac Vice) | Trial Attorney (D.C. Bar No. 1019782) |

---

[1] In accordance with Federal Rule of Civil Procedure 25(d), Acting Secretary of Defense Mark T. Esper, successor of former Acting Secretary of Defense Patrick M. Shanahan, is automatically substituted as a party.

CENTER FOR BIOLOGICAL DIVERSITY
660 S. Figueroa St., Suite 1000
Los Angeles, CA 90017
Tel: (805) 750-8852
Email: bsegee@biologicaldiversity.org

Tanya Sanerib (D.C. Bar No. 473506)
CENTER FOR BIOLOGICAL DIVERSITY
2400 NW 80th Street, #146
Seattle, WA 98117
Tel: (206) 379-7363
Email: tsanerib@biologicaldiversity.org

Anchun Jean Su (D.C. Bar No. CA285167)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K Street N.W., Suite 1300
Washington, D.C. 20005
Tel: (202) 849-8399
Email: jsu@biologicaldiversity.org

Jason C. Rylander (D.C. Bar No. 474995)
Michael P. Senatore (D.C. Bar No. 453116)
DEFENDERS OF WILDLIFE
1130 17th Street, NW
Washington, DC 20036
Tel: (202) 682-9400 x 145
Facsimile: (202) 682-1331
Email: jrylander@defenders.org
Email: msenatore@defenders.org

Anthony T. Eliesuson (IL Bar No. 6277427)
ANIMAL LEGAL DEFENSE FUND
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
Tel: (707) 795-2533
Email: aeliseuson@aldf.org

*Counsel for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
LESLIE COOPER VIGEN
KATHRYN C. DAVIS
MICHAEL J. GIRARDI
RACHAEL L. WESTMORELAND
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11308
Washington, DC 20005
Tel: (202) 305-0727
Email: Leslie.Vigen@usdoj.gov

*Counsel for Defendants*