# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND,<br><br>      Plaintiffs,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>      Defendants. | Civil Action No. 19-CV-00408 (TNM) |
| RIO GRANDE INTERNATIONAL STUDY CENTER (RGISC), *et al.*,<br><br>      Plaintiffs,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>      Defendants. | Civil Action No. 19-CV-00720 (TNM) |
| UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>      Plaintiff,<br><br> v.<br><br>STEVEN T. MNUCHIN, in his official capacity as Secretary of the Treasury, *et al.*,<br><br>      Defendants. | Civil Action No. 19-CV-00969 (TNM) |

**SUPPLEMENT TO NOTICE OF DECISION BY THE DEPARTMENT OF DEFENSE TO AUTHORIZE BORDER BARRIER PROJECTS PURSUANT TO 10 U.S.C. § 2808**

On September 3, 2019, Defendants notified the Court and parties that the Secretary of Defense had authorized eleven border barrier projects in California, Arizona, New Mexico, and Texas pursuant to 10 U.S.C. § 2808.  *See* ECF No. 37 in 19-CV-00408; ECF No 49 in 19-CV-00720; ECF No. 67 in 19-CV-00969.  To fund the projects, the Secretary of Defense authorized the Department of the Army to expend up to $3.6 billion in unobligated military construction funds.  *See id.*  The Secretary of Defense directed that, initially, only funds associated with deferred military construction projects located outside of the United States will be provided to the Department of the Army.  *See id.*  Deferred military construction projects outside of the United States account for $1.8 billion of the required funds.  *See id.*  The remaining $1.8 billion associated with deferred military construction projects located in the United States (including U.S. territories) will be made available to the Secretary of the Army when it is needed for obligation.  *See id.*  As a supplement to Defendants' notice, the list of unobligated military construction projects currently identified for deferral is attached as Exhibit 1.

Dated:  September 5, 2019    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN (IN Bar No. 23840-49)
Senior Trial Counsel, Federal Programs Branch

        KATHRYN C. DAVIS (D.C. Bar No. 985055)
        MICHAEL J. GERARDI
        LESLIE COOPER VIGEN (D.C. Bar No. 1019782)
        RACHAEL L. WESTMORELAND
        Trial Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, N.W.
        Washington, DC 20005
        Tel: (202) 616-5084
        Fax: (202) 616-8470
        Email: Andrew.Warden@usdoj.gov

        *Counsel for Defendants*