IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND,<br><br>                    Plaintiffs,<br><br>     v.<br><br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*<br><br><br>                    Defendants. | Civil Action No. 1:19-cv-00408 (TNM) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that JAMES M. BURNHAM, an attorney with the United States Department of Justice, Civil Division hereby enters his appearance on behalf of the Defendants in this action.

Dated:  December 12, 2019              Respectfully submitted,

                                       JOSEPH H. HUNT
                                       Assistant Attorney General

                                       JAMES M. BURNHAM
                                       Deputy Assistant Attorney General

                                       JOHN R. GRIFFITHS
                                       Director, Federal Programs Branch

                                       ANTHONY J. COPPOLINO

Deputy Director, Federal Programs Branch

/s/ James M. Burnham
JAMES M. BURNHAM (AZ Bar No. 034363)
United States Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530
Tel: (202) 353-2793
Email: James.M.Burnham@usdoj.gov

*Counsel for Defendants*