**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** *et al.*, <br><br>           Plaintiffs, <br><br> v. <br><br> **DONALD J. TRUMP,** *et al.*, <br><br>           Defendants. | Case No. 1:19-cv-00408 (TNM) |

## ORDER

Upon consideration of the Defendants' Motion to Dismiss, the pleadings, relevant law, and related legal memoranda in opposition and support, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that the Defendants' Motion to Dismiss is GRANTED in part and DENIED in part; it is further

**ORDERED** that Counts I, VI, VII, and VIII of Plaintiffs' First Amended Complaint are DISMISSED; it is further

**ORDERED** that Counts II and IV are DISMISSED, except with reference to Plaintiffs' claims under the 2019 Consolidated Appropriations Act § 739; and it is further

**ORDERED** that President Donald J. Trump is DISMISSED from this action.

**SO ORDERED**.

Dated: April 2, 2020                                                    TREVOR N. MCFADDEN, U.S.D.J.