# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al*. ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> DONALD J. TRUMP, in his official capacity ) <br> as President of the United States, *et al*. ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:19-cv-00408-TNM |

## NOTICE OF APPEARANCE OF JASON C. RYLANDER AS ATTORNEY

Pursuant to Civil Local Rule 83.6(a), Plaintiffs hereby provide notice of the appearance of Jason C. Rylander (D.C. Bar No. 474995) as counsel for Plaintiffs in this matter. Mr. Rylander is admitted to practice in the United States District Court for the District of Columbia and is a registered ECF filer in this court. His contact information is:

Jason C. Rylander
Defenders of Wildlife
1130 17th Street, NW
Washington, DC 20036
E-mail: jrylander@defenders.org
Phone: (202) 772-3245

Please enter the appearance of Jason C. Rylander as counsel for Plaintiffs in the above captioned case.

Dated this 6th day of April, 2020.                    Respectfully submitted,

/s/ *Jason C. Rylander*
Jason C. Rylander (DC Bar No. 474995)
Defenders of Wildlife
1130 17th Street, NW
Washington, DC 20036
E-mail: jrylander@defenders.org
Phone: (202) 772-3245