**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

CENTER FOR BIOLOGICAL DIVERSITY;
DEFENDERS OF WILDLIFE; ANIMAL LEGAL
DEFENSE FUND,

                Plaintiffs,

    v.

DONALD J. TRUMP, in his official capacity as
President of the United States of America, *et al.*

                Defendants.

Civil Action No. 1:19-cv-00408 (TNM)

---

## JOINT MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE

Pursuant to Local Civil Rule 7, the parties jointly move the Court to establish a briefing schedule for cross-motions for summary judgment to resolve the outstanding claims in this case.

1.     Plaintiffs filed this suit on February 16, 2019, and filed their First Amended Complaint on April 2, 2019. *See* ECF Nos. 1, 16.

2.     On May 10, 2019, Defendants moved to dismiss the Amended Complaint in full pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). *See* ECF No. 22.

3.     On April 2, 2020, the Court issued a memorandum opinion granting Defendants' motion to dismiss in part and denying it in part. *See* ECF No. 54. The Court also issued a separate minute order that same day directing Defendants to answer the Amended Complaint by April 16, 2020.

4.     Counsel for the parties recently conferred about further proceedings in this case and reached agreement on a briefing schedule to resolve Plaintiffs' remaining claims. The proposed schedule is set forth below:

| DATE | EVENT |
|---|---|
| April 16 | Administrative Record |
| May 29 | Plaintiffs' Motion for Summary Judgment |
| June 26 | Defendants' Opposition and Cross-Motion for Summary Judgment |
| July 17 | Plaintiffs' Reply Memorandum and Opposition to Cross-Motion |
| August 7 | Defendants' Reply Memorandum in Support of Cross-Motion for Summary Judgment |

5.      In light of this agreed-upon schedule and to move this case to final judgment expeditiously, the parties agree that Defendants are not required to file an answer to Plaintiffs' Amended Complaint.

6.      In order to promote efficient resolution of this case, the parties respectfully request that the Court issue the proposed summary judgment scheduling order and vacate the requirement that Defendants' answer Plaintiffs' Amended Complaint.  A proposed order is attached.

Dated:  April 10, 2020

Respectfully submitted,

/s/ Brian Segee
Brian Segee (CA Bar No. 200795)
(Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
660 S. Figueroa St., Suite 1000
Los Angeles, CA 90017
Tel: (805) 750-8852
Email: bsegee@biologicaldiversity.org

*Counsel for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ Andrew I. Warden
ANDREW I. WARDEN (IN Bar No. 23840-49)
Senior Trial Counsel, Federal Programs Branch

/s/ *Kathryn C. Davis*
KATHRYN C. DAVIS (DC Bar No. 985055)
MICHAEL J. GIRARDI
RACHAEL L. WESTMORELAND
LESLIE COOPER VIGEN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0727
Fax: (202) 616-8470
Email: Leslie.Vigen@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*<br><br>Defendants. | Civil Action No. 1:19-cv-00408 (TNM) |

**[Proposed] ORDER**

Upon consideration of the parties' joint motion for entry of a scheduling order to brief cross-motions for summary judgment, and for good cause shown, the Court hereby ORDERS:

1. The following deadlines shall govern the parties' cross-motions for summary judgment:

| DATE | EVENT |
|---|---|
| April 16 | Administrative Record |
| May 29 | Plaintiffs' Motion for Summary Judgment |
| June 26 | Defendants' Opposition and Cross-Motion for Summary Judgment |
| July 17 | Plaintiffs' Reply Memorandum and Opposition to Cross-Motion |
| August 7 | Defendants' Reply Memorandum in Support of Cross-Motion for Summary Judgment |

2.      The Court's April 2, 2020 Minute Order is VACATED and Defendants are not required to answer Plaintiffs' amended complaint.


DATED:   April ___, 2020          _____
                                  TREVOR N. McFADDEN, U.S.D.J.