IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND, | |
|---|---|
| Plaintiffs, | Civil Action No. 1:19-cv-00408 (TNM) |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.* | |
| Defendants. | |

**CERTIFIED INDEX OF ADMINISTRATIVE RECORD**

Pursuant to Local Rule 7(n)(1), Defendants hereby file the certified contents of the Administrative Record for the border barrier projects undertaken in fiscal year 2019 pursuant to 10 U.S.C. § 284 and 10 U.S.C. § 2808. Certifications of the Administrative Record are attached as Exhibits 1 and 2. An electronic copy of the Administrative Record will be served on Plaintiffs' counsel via Federal Express. The Administrative Record for the § 284 projects includes the following documents:

| BATES NUMBER | DOCUMENT DESCRIPTION |
|:---:|---|
| 1–5 | Action Memo for the Secretary of Defense re: El Paso and Yuma Projects (March 21, 2019) |
| 6–8 | Action Memo – Tab A – Letter from the Acting Secretary of Defense to the Secretary of Homeland Security re: El Paso and Yuma Projects (March 25, 2019) |
| 9–11 | Action Memo – Tab B – Memorandum for the Under Secretary of Defense (Comptroller)/Chief Financial Officer re: El Paso and Yuma Projects (March 25, 2019) |
| 12–13 | Action Memo – Tab C – Memorandum for the Secretary of the Army re: El Paso and Yuma Projects (March 25, 2019) |

| BATES NUMBER | DOCUMENT DESCRIPTION |
|---|---|
| 14–24 | Action Memo – Tab D – Department of Homeland Security Request for Assistance Pursuant to 10 U.S.C. § 284 (Feb. 25, 2019) |
| 25–28 | Action Memo – Tab E – Memorandum from the President of the United States to the Secretary of Defense, *et al.* re: Securing the Southern Border of the United States (April 4, 2018) |
| 29–30 | Action Memo – Tab F – Memorandum from the Acting Secretary of Defense to the Secretary of the Army, *et al.* re: Assessing the Department of Homeland Security Request for Department of Defense Support to Block Drug-Smuggling Corridors (Mar. 1, 2019) |
| 31–32 | Action Memo – Tab G – 284-Funded Border Infrastructure Program (Feb. 28, 2019) |
| 33–37 | Action Memo – Tab H – Memorandum from the Deputy Under Secretary of Defense (Comptroller) to the Under Secretary of Defense for Policy (Mar. 8, 2019) |
| 38–52 | Action Memo – Tab I – Memorandum from the Chairman of the Joint Chiefs of Staff to the Acting Secretary of Defense re: Assessment of Impacts to Force Readiness and Combatant Command Missions to Support Department of Homeland Security (DHS) Request to Block Drug-Smuggling Corridors (Mar. 18, 2019) |
| 53–54 | Action Memo – Tab J – Policy Coordination Sheet |
| 55–57 | Action Memo for the Secretary of Defense re: Modification of El Paso and Yuma Projects (April 6, 2019) |
| 58–60 | Action Memo – Tab A – Memorandum from the Acting Secretary of Defense to the Acting Secretary of Homeland Security re: Modification of Department of Defense Support to Block Drug-Smuggling Corridors (April 9, 2019) |
| 61–62 | Action Memo – Tab B – Memorandum from the Acting Secretary of Defense to the Secretary of the Army re: Modification of Department of Defense Support to Block Drug-Smuggling Corridors (April 9, 2019) |
| 63–117 | Action Memo – Tab C – Action Memo dated March 21, 2019 and all attachments (Tabs A–J) |
| 118–121 | Action Memo – Tab D – Memorandum for the Record re: 284 Project Specifications, including DHS Modification Request re: 284 Funding for Border Barrier Construction (April 5, 2019) |

| BATES NUMBER | DOCUMENT DESCRIPTION |
|---|---|
| 122–132 | Action Memo – Tab E – Department of Homeland Security Request for Assistance Pursuant to 10 U.S.C. § 284 (Feb. 25, 2019) |
| 133–134 | Action Memo – Tab F – Tasker (March 29, 2019) |
| 135–136 | Action Memo – Tab G – Policy Coordination Sheet |
| 137–141 | Action Memo for the Secretary of Defense re: El Centro and Tucson Projects (May 8 2019) |
| 142–144 | Action Memo – Tab A – Memorandum from the Acting Secretary of Defense to the Acting Secretary of Homeland Security re: Additional Support to the Department of Homeland Security (May 9, 2019) |
| 145–156 | Action Memo – Tab B – Memorandum from the Acting Secretary of Defense to the Under Secretary of Defense (Comptroller) re: Additional Funding Construction in Support of the Department of Homeland Security Pursuant to 10 U.S.C. § 284 (May 9, 2010) |
| 157–159 | Action Memo – Tab C – Memorandum from the Acting Secretary of Defense to the Secretary of the Army re: Construction of Roads and Fences along the U.S. Southern Border in Support of the Department of Homeland Security (May 9, 2019) |
| 160–170 | Action Memo – Tab D – Department of Homeland Security Request for Assistance Pursuant to 10 U.S.C. § 284 (Feb. 25, 2019) |
| 171–176 | Action Memo – Tab E – Action Memo dated March 21, 2019 |
| 177–180 | Action Memo – Tab F – Action Memo dated April 6, 2019 |
| 181–182 | Action Memo – Tab G – Info Memo from the Chairman of the Joint Chiefs of Staff to the Acting Secretary of Defense re: Request for Assistance Pursuant to 10 U.S.C. § 284 – Approval of Second Tranche (May 8, 2019) |
| 183–184 | Action Memo – Tab H – Policy Coordination Sheet |

The Administrative Record for the § 2808 projects includes the following documents:

| BATES NUMBER | DOCUMENT DESCRIPTION |
|---|---|
| 185–191 | Action Memo for the Secretary of Defense re: Military Construction Pursuant to 10 U.S.C. § 2808 (Aug. 21, 2019) |
| 192–195 | Action Memo – Tab A – Memorandum for the Secretaries of the Military Departments re: Guidance for Undertaking Military Construction Projects Pursuant to Section 2808 of Title 10, U.S. Code (Sept. 3, 2019) |
| 196–208 | Action Memo – Tab B – Letters to Senators Inhofe and Shelby, and Reps. Smith and Lowey from the Secretary of Defense (Sept. 3, 2019) |
| 209–212 | Action Memo – Tab C – Letter to the Acting Secretary of Homeland Security from the Secretary of Defense (Sept. 3, 2019) |
| 213–215 | Action Memo – Tab D – Letter to the Secretary of the Interior from the Secretary of Defense (Sept. 3, 2019) |
| 216–217 | Action Memo – Tab E – List of Military Construction Projects |
| 218–221 | Action Memo – Tab F – Proclamation Declaring a National Emergency Concerning the Southern Border of the United States by the President of the United States (Feb. 15, 2019) |
| 222–224 | Action Memo – Tab G – 10 U.S.C. § 2808, Construction Authority in the Event of a Declaration of War or a National Emergency |
| 225–232 | Action Memo – Tab H – Necessity of Border Barriers, Summary of Supporting Analysis |
| 233–241 | Action Memo – Tab I – Letter from the Secretary of Homeland Security to the Acting Secretary of Defense (Mar. 20, 2019) |
| 242–259 | Action Memo – Tab J – Info Memo from the Chairman of the Joint Chiefs of Staff to the Acting Secretary of Defense re:  Assessment of Whether the Construction of Barriers at the Southern Border is Necessary to Support the Use of Armed Forces in Securing the Border (May 6, 2019). |
| 260–262 | Action Memo – Tab K – Statement of Administration Policy (July 9, 2019) |
| 263–264 | Action Memo – Tab L – Policy Coordination Sheet |

| BATES NUMBER | DOCUMENT DESCRIPTION |
|---|---|
| 266–273 | Memorandum from the Secretary of Defense to the Acting Under Secretary of Defense (Comptroller) (Sept. 3, 2019) (including Tabs A–C). |
| 275 | Letter from the Acting Secretary of Defense to the Secretary of Homeland Security (Feb. 18, 2019) |
| 277 | Memorandum for the Secretary of the Army from the Acting Secretary of Defense re: Construction of Roads and Fences along the U.S. Southern Border in Support of the Department of Homeland Security (March 25, 2019) |
| 278–279 | Memorandum for the Under Secretary of Defense (Comptroller) from the Acting Secretary of Defense (Apr. 11, 2019) |
| 281–301 | Memorandum for the Chairman of the Joint Chiefs of Staff from the Acting Secretary of Defense re: Assessment of Whether Military Construction at the Southern Border Is Necessary to Support the Use of the Armed Forces in Addressing the National Emergency at the Southern Border (Apr. 11, 2019) (including attachments 1–2). |
| 303–308 | Info Memo for the Acting Secretary of Defense from the Chairman of the Joint Chiefs of Staff re: Preliminary Assessment as to Whether Military Construction Projects on the Southern Border Could Support Use of the Armed Forces (Feb. 11, 2019) |
| 310 | Border Patrol Manning Model Review |
| 312–321 | Statement by Robert G. Salesses, Deputy Assistant Secretary of Defense for Homeland Defense Integration and Defense Support of Civil Authorities Before the 116th Congress Committee on Homeland Security Subcommittee on Border Security, Facilitation, and Operations, U.S. House of Representatives (June 20, 2019) |
| 322–327 | Memorandum from the President of the United States to the Secretary of Defense, *et al.* re: Securing the Southern Border of the United States (April 4, 2018) |

Dated:  April 16, 2020                       Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN (IN Bar No. 23840-49)
Senior Trial Counsel, Federal Programs Branch

/s/ *Kathryn C. Davis*
KATHRYN C. DAVIS (DC Bar No. 985055)
MICHAEL J. GIRARDI
RACHAEL L. WESTMORELAND
LESLIE COOPER VIGEN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-5084
Fax: (202) 616-8470
Email: Andrew.Warden@usdoj.gov

*Counsel for Defendants*

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, KENNETH P. RAPUANO, Assistant Secretary of Defense for Homeland Defense and Global Security, certify that, to the best of my knowledge, the Administrative Record attached to this filing is a true, correct, and complete copy of the documents upon which the Acting Secretary of Defense based his decision to authorize the funding and construction of the border barrier projects identified as Yuma Sector Project 1, El Paso Sector Project 1, El Centro Sector Project 1, and Tucson Sector Projects 1 through 3.

Date: June 6, 2019

KENNETH P. RAPUANO
Assistant Secretary of Defense for Homeland
Defense and Global Security

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, KENNETH P. RAPUANO, Assistant Secretary of Defense for Homeland Defense and Global Security, certify that, to the best of my knowledge, the Administrative Record attached to this filing is a true, correct, and complete copy of the documents upon which the Secretary of Defense based his decision to authorize the funding and construction of eleven border barrier projects pursuant to 10 U.S.C. § 2808.

DATE: September 13, 2019

KENNETH P. RAPUANO
Assistant Secretary of Defense for
Homeland Defense and Global Security