**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; and ANIMAL LEGAL DEFENSE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> MARK ESPER, in his official capacity as Secretary of Defense, *et al*. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:19-cv-00408 (TNM) |

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the court, Plaintiffs Center for Biological Diversity, Defenders of Wildlife, and Animal Legal Defense Fund substitute Marc Fink, Minnesota State Bar No. 0343407, as counsel of record in place of Tanya Sanerib.

Contact information for new counsel is as follows:

Firm Name:   Center for Biological Diversity
Address:       209 East 7th St.
                    Duluth, Minnesota 55805
Telephone:   218-464-0539
Facsimile:    817-582-3884
Email:          mfink@biologicaldiversity.org

I consent to the above substitution:            /s/ Brian Segee
Date: April 29, 2020                                     Center for Biological Diversity

I consent to the above substitution:            /s/ Jason Rylander
Date: April 29, 2020                                     Defenders of Wildlife

I consent to the above substitution:            /s/ Tony Eliseuson
Date: April 29, 2020                                     Animal Legal Defense Fund

1

I consent to being substituted:                    /s/ Tanya Sanerib
Date:  April 29, 2020                               Tanya Sanerib

I consent to the above substitution:               /s/ Marc D. Fink
Date:  April 29, 2020                               Marc D. Fink


The substitution of attorney is hereby approved and so ORDERED.


Date:  _____              _____

                                                              Judge


2