**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND, <br><br>     Plaintiffs, <br><br>   v. <br><br> MARK ESPER, in his official capacity as Secretary of Defense, *et al*., <br><br>     Defendants. | Civil Action No. 1:19-cv-00408 (TNM) |
| RIO GRANDE INTERNATIONAL STUDY CENTER, *et al.*, <br><br>     Plaintiffs, <br><br>   v. <br><br> MARK ESPER, in his official capacity as Secretary of Defense, *et al*., <br><br>     Defendants. | Civil Action No. 1:19-cv-00720 (TNM) |

## JOINT MOTION TO BIFURCATE MERITS AND REMEDY BRIEFING

Pursuant to Local Civil Rule 7, the parties jointly move the Court to bifurcate briefing in the above-captioned cases into separate merits and remedy phases.

1. On April 10, 2020, the Court issued identical scheduling orders in these cases establishing deadlines for briefing the parties' motions for summary judgment. Plaintiffs filed their respective motions for summary judgment on May 29, 2020, and briefing is scheduled to conclude on August 7, 2020.

2.      Since the filing of Plaintiffs' motions, counsel for the parties conferred about the most efficient way to brief the many issues raised in these cases.  The parties agreed to bifurcate the briefing into two separate phases.  The first phase would proceed under the current briefing schedule and address Plaintiffs' standing and merits claims.  In the event the Court were to rule in favor of Plaintiffs on any of their claims, the second phase would address what remedy, if any, the Court should issue.

3.      The parties propose to file a joint status report setting forth a proposed schedule for briefing the remedy issues, if necessary, within five days of the Court's resolution of the cross-motions for summary judgment.

4.      In order to promote efficient resolution of this case, the parties respectfully request the Court grant the parties' joint motion to bifurcate.  A proposed order is attached.

Dated:  June 5, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

/s/ Sarah H. Burt
SARAH H. BURT
California Bar No. 250378
(appearing under LCvR 83.2(c)(1))
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040
sburt@earthjustice.org

*Counsel for Plaintiffs in 19-CV-720*

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ Andrew I. Warden
ANDREW I. WARDEN (IN Bar No. 23840-49)
Senior Trial Counsel, Federal Programs Branch

/s/ Kathryn C. Davis
KATHRYN C. DAVIS (DC Bar No. 985055)
MICHAEL J. GIRARDI
RACHAEL L. WESTMORELAND
LESLIE COOPER VIGEN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0727
Fax: (202) 616-8470
Email: Leslie.Vigen@usdoj.gov

/s/ Brian Segee
Brian Segee (CA Bar No. 200795)
(Pro Hac Vice)
CENTER FOR BIOLOGICAL
DIVERSITY
660 S. Figueroa St., Suite 1000
Los Angeles, CA 90017
Tel: (805) 750-8852
Email:
bsegee@biologicaldiversity.org

*Counsel for Plaintiffs in 19-CV-408*

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND, <br><br>                Plaintiffs, <br><br>    v. <br><br> MARK ESPER, in his official capacity as Secretary of Defense, *et al*., <br><br>                Defendants. | Civil Action No. 1:19-cv-00408 (TNM) |
| RIO GRANDE INTERNATIONAL STUDY CENTER, *et al.*, <br><br>                Plaintiffs, <br><br>    v. <br><br> MARK ESPER, in his official capacity as Secretary of Defense, *et al*., <br><br>                Defendants. | Civil Action No. 1:19-cv-00720 (TNM) |

**[Proposed] ORDER**

Upon consideration of the parties' joint motion to bifurcate merits and remedy briefing, the Court hereby ORDERS:

1.      The parties' motion is GRANTED;

2.      The Court's April 10, 2020 scheduling order remains in place and the parties' briefs shall address Plaintiffs' standing and merits claims.   The parties shall file a joint status report within five days of the Court's resolution of the parties' cross-motions for summary

judgment proposing a briefing schedule, if necessary, to address what remedy, if any, the Court should issue.


DATED:   June ___, 2020

_____
TREVOR N. McFADDEN, U.S.D.J.