IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>MARK ESPER, in his official capacity as Secretary of Defense, *et al.*,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:19-cv-00408 (TNM) |
| RIO GRANDE INTERNATIONAL STUDY CENTER, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>MARK ESPER, in his official capacity as Secretary of Defense, *et al.*,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:19-cv-00720 (TNM) |

**JOINT MOTION TO ADJUST SUMMARY JUDGMENT BRIEFING SCHEDULE TO ADDRESS MERITS AND REMEDY ISSUES**

　　　　Pursuant to Local Civil Rule 7, the parties jointly move the Court to modify the current summary judgment briefing schedule to enable the parties to address both merits and remedy issues without the need to bifurcate briefing.

　　　　1.　　On April 10, 2020, the Court issued identical scheduling orders in these cases establishing deadlines for briefing the parties' motions for summary judgment. Plaintiffs filed their respective motions for summary judgment on May 29, 2020, and briefing is currently

scheduled to conclude on August 7, 2020.

2. On June 5, 2020, the parties filed a joint motion to bifurcate briefing, requesting that the Court separate briefing into two phases that would address standing and merits claims in phase one and remedy issues in phase two. The Court held a telephonic hearing on the motion on June 11 and denied the motion without prejudice. The Court ordered the parties to submit a revised scheduling order within one week.

3. In light of the fact that Plaintiffs' motions for summary judgment took different approaches with respect to the remedy issues, counsel for the parties have conferred about adjustments to the current schedule that would enable all parties to have a fair opportunity to address both the merits and remedy issues in one series of briefs without unnecessarily delaying resolution of these cases. The parties propose the following revised schedule:

| DATE | EVENT | SUMMARY | PAGES |
|---|---|---|---|
| June 26 | Defendants' Opposition and Cross-Motion for Summary Judgment | CBD: Standing/Merits<br><br>RGISC: Standing/Merits | Defendants have the option to file a combined brief of 60 pages or separate 45 page briefs in each case |
| July 17 | Plaintiffs' Reply Memorandum and Opposition to Cross-Motion | CBD: Standing/Merits/Remedy<br><br>RGISC: Standing/Merits Remedy | CBD: 45 pages<br><br>RGISC: 45 pages |
| August 14 | Defendants' Reply Memorandum in Support of Cross-Motion for Summary Judgment | CBD: Standing/Merits/Remedy<br><br>RGISC: Standing/Merits Remedy | Defendants have the option to file a combined brief of 60 pages or separate 45 page briefs in each case |

| September 4 | Plaintiffs' Sur-Reply Addressing Remedy | CBD:  Remedy  RGISC: Remedy | CBD:  15 pages  RGISC:  15 pages |

4. Under this revised schedule, Defendants would file their cross-motion for summary judgment on June 26, in accordance with the original schedule, with the brief addressing only standing and merits issues.  Plaintiffs' second brief (Reply Memorandum and Opposition to Defendants' Cross-Motion) would also be filed in accordance with the original schedule (July 17) and would address standing and merits issues as well as present Plaintiffs' arguments in support of remedy.  This approach would align the remedy briefing in both cases and enable Plaintiffs to present all of their remedy arguments at the same time.  Defendants' second brief (Reply Memorandum in Support of Cross-Motion for Summary Judgment) would respond to Plaintiffs' remedy arguments and present any additional responses with respect to standing and the merits.  Defendants request one additional week to file this brief (August 7 to August 14) in order to have sufficient time to prepare any necessary declarations and factual responses to Plaintiffs' remedy arguments.  Plaintiffs would then have a final sur-reply due September 4 limited to responding to Defendants' remedy arguments.

5. Given need to address standing, merits, and remedy issues in both cases without a second phase of briefing, Defendants request an adjustment to the page limitations in the local rules.  Defendants request the option to file a single, combined brief in both cases of no more than 60 pages or separate 45 page briefs in each case.  Plaintiffs propose filing reply briefs of no more than 45 pages and sur-replies limited to 15 pages.

6. The parties agree that the revised schedule will promote an efficient resolution of the remaining issues in this case and respectfully request that the Court issue the proposed scheduling order. A proposed order is attached.

Dated: June 17, 2020

*/s/ Sarah H. Burt*
SARAH H. BURT
California Bar No. 250378
(appearing under LCvR 83.2(c)(1))
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040
sburt@earthjustice.org

*Counsel for Plaintiffs in 19-CV-720*


*/s/ Brian Segee*
Brian Segee (CA Bar No. 200795)
(Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
660 S. Figueroa St., Suite 1000
Los Angeles, CA 90017
Tel: (805) 750-8852
Email: bsegee@biologicaldiversity.org

*Counsel for Plaintiffs in 19-CV-408*

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN (IN Bar No. 23840-49)
Senior Trial Counsel, Federal Programs Branch

/s/ *Kathryn C. Davis*
KATHRYN C. DAVIS (DC Bar No. 985055)
MICHAEL J. GIRARDI
RACHAEL L. WESTMORELAND
LESLIE COOPER VIGEN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0727
Fax: (202) 616-8470
Email: Leslie.Vigen@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND,<br><br>      Plaintiffs,<br><br> v.<br><br>MARK ESPER, in his official capacity as Secretary of Defense, *et al.*,<br><br>      Defendants. | Civil Action No. 1:19-cv-00408 (TNM) |
| RIO GRANDE INTERNATIONAL STUDY CENTER, *et al.*,<br><br>      Plaintiffs,<br><br> v.<br><br>MARK ESPER, in his official capacity as Secretary of Defense, *et al.*,<br><br>      Defendants. | Civil Action No. 1:19-cv-00720 (TNM) |

## [Proposed] ORDER

Upon consideration of the parties' joint motion to adjust summary judgment briefing schedule, the Court hereby ORDERS:

1. The parties' motion is GRANTED;

2. The summary judgment briefing schedule in the above-captioned cases is hereby revised as follows:

| DATE | EVENT | SUMMARY | PAGES |
|---|---|---|---|
| June 26 | Defendants' Opposition and Cross-Motion for Summary Judgment | CBD:  Standing/Merits<br><br>RGISC: Standing/Merits | Defendants have the option to file a combined brief of 60 pages or separate 45 page briefs in each case |
| July 17 | Plaintiffs' Reply Memorandum and Opposition to Cross-Motion | CBD:  Standing/Merits/Remedy<br><br>RGISC: Standing/Merits Remedy | CBD:  45 pages<br><br>RGISC:  45 pages |
| August 14 | Defendants' Reply Memorandum in Support of Cross-Motion for Summary Judgment | CBD:  Standing/Merits/Remedy<br><br>RGISC: Standing/Merits Remedy | Defendants have the option to file a combined brief of 60 pages or separate 45 page briefs in each case |
| September 4 | Plaintiffs Sur-Reply Addressing Remedy | CBD:  Remedy<br><br>RGISC: Remedy | CBD:  15 pages<br><br>RGISC:  15 pages |

DATED:   June ___, 2020

_____
TREVOR N. McFADDEN, U.S.D.J.