IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND,<br><br>                      Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*<br><br>                      Defendants. | Civil Action No. 1:19-cv-00408 (TNM) |
| RIO GRANDE INTERNATIONAL STUDY CENTER, *et al.*,<br><br>                      Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*<br><br>                      Defendants. | Civil Action No. 1:19-cv-00720 (TNM) |

**JOINT APPENDIX OF ADMINISTRATIVE RECORD EXHIBITS RELIED UPON BY THE PARTIES IN THEIR MOTIONS FOR SUMMARY JUDMGENT**

Pursuant to Local Rule 7(n), the parties have jointly prepared this appendix containing copies of those portions of the Administrative Record that are cited or otherwise relied upon in the memoranda in support of or in opposition to the parties' motions for summary judgment. The joint appendix includes the following documents.

1

| BATES NUMBER | DOCUMENT DESCRIPTION |
|---|---|
| 1–5 | Action Memo for the Secretary of Defense re: El Paso and Yuma Projects (March 21, 2019) |
| 6–8 | Action Memo – Tab A – Letter from the Acting Secretary of Defense to the Secretary of Homeland Security re: El Paso and Yuma Projects (March 25, 2019) |
| 9–11 | Action Memo – Tab B – Memorandum for the Under Secretary of Defense (Comptroller)/Chief Financial Officer re: El Paso and Yuma Projects (March 25, 2019) |
| 12–13 | Action Memo – Tab C – Memorandum for the Secretary of the Army re: El Paso and Yuma Projects (March 25, 2019) |
| 14–24 | Action Memo – Tab D – Department of Homeland Security Request for Assistance Pursuant to 10 U.S.C. § 284 (Feb. 25, 2019) |
| 33–37 | Action Memo – Tab H – Memorandum from the Deputy Under Secretary of Defense (Comptroller) to the Under Secretary of Defense for Policy (Mar. 8, 2019) |
| 55–57 | Action Memo for Acting Secretary of Defense re: Modification of DoD Support (April 5, 2019) |
| 137–141 | Action Memo for the Secretary of Defense re: El Centro and Tucson Projects (May 8 2019) |
| 142–144 | Action Memo – Tab A – Memorandum from the Acting Secretary of Defense to the Acting Secretary of Homeland Security re: Additional Support to the Department of Homeland Security (May 9, 2019) |
| 145–156 | Action Memo – Tab B – Memorandum from the Acting Secretary of Defense to the Under Secretary of Defense (Comptroller) re: Additional Funding Construction in Support of the Department of Homeland Security Pursuant to 10 U.S.C. § 284 (May 9, 2019) |
| 158-159 | Memorandum of Secretary of the Army Commander, U.S. Army Corps of Engineers re: Construction of Roads and Fences (May 9, 2019) |
| 185–191 | Action Memo for the Secretary of Defense re: Military Construction Pursuant to 10 U.S.C. § 2808 (Aug. 21, 2019) |

| BATES NUMBER | DOCUMENT DESCRIPTION |
|:---:|---|
| 192–195 | Action Memo – Tab A – Memorandum for the Secretaries of the Military Departments re: Guidance for Undertaking Military Construction Projects Pursuant to Section 2808 of Title 10, U.S. Code (Sept. 3, 2019) |
| 196–208 | Action Memo – Tab B – Letters to Senators Inhofe and Shelby, and Reps. Smith and Lowey from the Secretary of Defense (Sept. 3, 2019) |
| 209–212 | Action Memo – Tab C – Letter to the Acting Secretary of Homeland Security from the Secretary of Defense (Sept. 3, 2019) |
| 213–215 | Action Memo – Tab D – Letter to the Secretary of the Interior from the Secretary of Defense (Sept. 3, 2019) |
| 216–217 | Action Memo – Tab E – List of Military Construction Projects |
| 218–221 | Action Memo – Tab F – Proclamation by the President of the United States Declaring a National Emergency Concerning the Southern Border of the United States |
| 225–232 | Action Memo – Tab H – Necessity of Border Barriers, Summary of Supporting Analysis |
| 233–241 | Action Memo – Tab I – Letter from the Secretary of Homeland Security to the Acting Secretary of Defense (Mar. 20, 2019) |
| 242–259 | Action Memo – Tab J – Info Memo from the Chairman of the Joint Chiefs of Staff to the Acting Secretary of Defense re: Assessment of Whether the Construction of Barriers at the Southern Border is Necessary to Support the Use of Armed Forces in Securing the Border (May 6, 2019). |
| 266–273 | Memorandum from the Secretary of Defense to the Acting Under Secretary of Defense (Comptroller) (Sept. 3, 2019) (including Tabs A–C). |
| 275 | Letter from the Acting Secretary of Defense to the Secretary of Homeland Security (Feb. 18, 2019) |

| BATES NUMBER | DOCUMENT DESCRIPTION |
|:---:|---|
| 281–301 | Memorandum for the Chairman of the Joint Chiefs of Staff from the Acting Secretary of Defense re: Assessment of Whether Military Construction at the Southern Border Is Necessary to Support the Use of the Armed Forces in Addressing the National Emergency at the Southern Border (Apr. 11, 2019) (including attachments 1–2). |
| 303–308 | Info Memo for the Acting Secretary of Defense from the Chairman of the Joint Chiefs of Staff re: Preliminary Assessment as to Whether Military Construction Projects on the Southern Border Could Support Use of the Armed Forces (Feb. 11, 2019) |
| 310 | Border Patrol Manning Model Review |
| 312–321 | Statement by Robert G. Salesses, Deputy Assistant Secretary of Defense for Homeland Defense Integration and Defense Support of Civil Authorities Before the 116th Congress Committee on Homeland Security Subcommittee on Border Security, Facilitation, and Operations, U.S. House of Representatives (June 20, 2019) |

Dated:  September 17, 2020

*/s/ Sarah H. Burt*
SARAH H. BURT
California Bar No. 250378
(appearing under LCvR 83.2(c)(1))
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040
sburt@earthjustice.org

*Counsel for Plaintiffs in 19-CV-720*


*/s/ Brian Segee*
Brian Segee (CA Bar No. 200795)
(Pro Hac Vice)
CENTER FOR BIOLOGICAL
DIVERSITY
660 S. Figueroa St., Suite 1000
Los Angeles, CA 90017
Tel: (805) 750-8852
Email:
bsegee@biologicaldiversity.org

*Counsel for Plaintiffs in 19-CV-408*

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN (IN Bar No. 23840-49)
KATHRYN C. DAVIS (DC Bar No. 985055)
Senior Trial Counsel, Federal Programs Branch

MICHAEL J. GIRARDI
RACHAEL L. WESTMORELAND
LESLIE COOPER VIGEN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0727
Fax: (202) 616-8470
Email: Andrew.Warden@usdoj.gov

*Counsel for Defendants*