IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND,<br><br>      Plaintiffs,<br><br>  v.<br><br>MARK ESPER, in his official capacity as Secretary of Defense, *et al.*,<br><br>      Defendants. | Civil Action No. 19-CV-00408 (TNM) |
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND.<br><br>      Plaintiffs,<br><br>  v.<br><br>MARK ESPER, in his official capacity as Secretary of Defense, *et al*.,<br><br>      Defendants. | Civil Action No. 20-CV-01230 (TNM) |
| MANZANITA BAND OF THE KUMEYAAY NATION, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>CHAD WOLF, in his official capacity as Acting Secretary of Homeland Security, *et al.*,<br><br>      Defendants. | Civil Action No. 20-CV-02712 (RC) |

**NOTICE OF RELATED CASES**

1

Pursuant to Local Rule 40.5(b)(3), Defendants hereby notify the relevant courts that the newly-filed lawsuit *Manzanita Band of the Kumeyaay Nation, et. al., v. Wolf, et al.*, No. 20-CV-2712 (RC) is related to two other cases pending before Judge McFadden concerning legal challenges to the construction of barriers along the southern border of the United States.

In *Manzanita*, the plaintiffs seek to enjoin the ongoing construction of two border barrier projects in southern California known as "San Diego A" and "El Centro A." *See* Complaint ¶ 51 (ECF No. 1). Plaintiffs in *Center for Biological Diversity, et al., v. Esper, et al.*, No. 20-CV-01230 (TNM) ("*CBD II*"), raise various legal challenges to enjoin construction of those same two projects, among others. *See* Amended Complaint ¶ 45 & Appendix A (ECF No. 17). Both of these projects were authorized pursuant to same orders by the Secretary of Defense in February 2020. *See id.* ¶ 16. These cases thus "involve common issue of fact" and "grow out of the same event or transaction" under this District's Local Rule for related case designations. *See* Local Civil Rule 40.5(a)(3).

Proceedings in *CBD II* are currently stayed pending resolution of another related border barrier case pending before Judge McFadden, *Center for Biological Diversity, et al., v. Esper, et al.*, No. 19-CV-0408 (TNM) ("*CBD I*"). In that case the plaintiffs challenge construction of a different group of border barrier projects authorized by the Secretary of Defense in fiscal year 2019. Summary judgment briefing in *CDB I* was completed in early September 2020 and, given the similarity of the issues in the two cases, Judge McFadden stayed proceedings in *CBD II* pending resolution of the summary judgment motions in *CBD I*. *See CBD II*, ECF No. 12.

In addition, two other border barrier cases are before Judge McFadden. *See Rio Grande International Study Center, et al., v. Esper, et. al.*, No. 19-CV-720 (TNM) (raising many of the same factual and legal issues as *CBD I* and proceedings in the two cases have been

1

coordinated); *House of Representatives v. Mnuchin*, 19-CV-969 (TNM) (currently on appeal following dismissal for lack of standing).

Dated:  September 24, 2020                     Respectfully submitted,

                                                   JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN (IN Bar No. 23840-49)
Senior Trial Counsel, Federal Programs Branch
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-5084
Fax: (202) 616-8470
Email: Andrew.Warden@usdoj.gov

*Counsel for Defendants*

2