**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY;
DEFENDERS OF WILDLIFE; ANIMAL LEGAL
DEFENSE FUND,

                    Plaintiffs,                              Civil Action No. 1:19-cv-00408 (TNM)

        v.

MARK ESPER, in his official capacity as Secretary
of Defense, *et al.*,

                    Defendants.

RIO GRANDE INTERNATIONAL STUDY
CENTER, *et al.*,

                    Plaintiffs,                              Civil Action No. 1:19-cv-00720 (TNM)

        v.

MARK ESPER, in his official capacity as Secretary
of Defense, *et al.*,

                    Defendants.

**NOTICE OF GRANT OF CERTIORARI IN RELATED CASE**

Defendants hereby notify the Court that, on October 19, 2020, the United States Supreme

Court granted Defendants' petition for a writ of *certiorari* in *Trump v. Sierra Club*, No. 20-138

(Order List), at www.supremecourt.gov/orders/courtorders/101920zor_8758.pdf.    The two

questions before the Supreme Court in *Sierra Club* are also pending before this Court in the

parties' cross-motions for summary judgment:  1)  whether plaintiffs have a cause of action to

obtain review of the Department of Defense's compliance with Section 8005 of the Department

of Defense Appropriations Act, 2019, *see* Pub L. No. 115-245, div. A, § 8005: and 2) whether

1

DoD exceeded the statutory authority under Section 8005 in transferring funds in fiscal year 2019 for border barrier construction pursuant to 10 U.S.C. § 284.

Dated:  October 27, 2020                    Respectfully submitted,

                                            JEFFREY BOSSERT CLARK
                                            Acting Assistant Attorney General

                                            ALEXANDER K. HAAS
                                            Director, Federal Programs Branch

                                            ANTHONY J. COPPOLINO
                                            Deputy Director, Federal Programs Branch

                                            /s/ *Andrew I. Warden*
                                            ANDREW I. WARDEN (IN Bar No. 23840-49)
                                            KATHRYN C. DAVIS
                                            Senior Trial Counsel
                                            MICHAEL J. GIRARDI
                                            RACHAEL L. WESTMORELAND
                                            LESLIE COOPER VIGEN
                                            Trial Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, N.W.
                                            Washington, DC 20005
                                            Tel: (202) 616-5084
                                            Fax: (202) 616-8470
                                            Email: Andrew.Warden@usdoj.gov

                                            *Counsel for Defendants*