IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY;
DEFENDERS OF WILDLIFE; ANIMAL LEGAL
DEFENSE FUND,

      Plaintiffs,

 v.

CHRISTOPHER C. MILLER, in his official capacity
as Acting Secretary of Defense, *et al.*,

      Defendants.

Civil Action No. 1:19-cv-00408 (TNM)

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Pursuant to LCvR 83.6(b), notice is hereby given to the parties and the Court of the withdrawal of appearance of Kathryn C. Davis as counsel for Defendants. Defendants remain represented by other counsel from the U.S. Department of Justice, as reflected on the Court's docket.

Dated:  December 3, 2020

Respectfully submitted,

JEFFREY BOSSERT CLAK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Kathryn C. Davis*
KATHRYN C. DAVIS (DC Bar No. 985055)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

             Washington, D.C. 20530
             Tel.: (202) 616-8298
             Fax: (202) 616-8460
             Email: Kathryn.C.Davis@usdoj.gov

*Counsel for Defendants*