IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>LLOYD J. AUSTIN III, in his official capacity as Secretary of Defense, *et al.*,<br><br>Defendants. | No. 1:19-cv-00408 (TNM) |

## JOINT STATUS REPORT

In accordance with the Court's Order of February 24, 2021, Plaintiff and Defendants submit the following joint status report addressing further proceedings in this case.

The parties' most recent status report (ECF No. 81) explained that the parties agreed to stay further proceedings in these cases in light of the President's Proclamation of January 20, 2021. *See* Proclamation No. 10142, 86 Fed. Reg. 7225; *see also* Minute Order (Feb. 24, 2021) (granting stay). The Proclamation, *inter alia*, terminated the declaration of a national emergency at the southern border, paused construction and obligation of funds for border wall projects to the extent permitted by law, and directed various Executive Branch agencies to develop a plan "for the redirection of funds concerning the southern border wall, as appropriate and consistent with applicable law." *Id.* at 7225–26. The Proclamation stated that the plan must "include consideration of terminating or repurposing contracts with private contractors engaged in wall construction, while providing for the expenditure of any funds that the Congress expressly appropriated for wall construction, consistent with their appropriated purpose." *Id.* at 7226.

1

Although the Proclamation directed that the plan be completed within 60 days of January 20, 2021, the Executive Branch is continuing to work on developing the plan and no final decisions have been made to resume, modify, or terminate the border wall projects undertaken pursuant to 10 U.S.C. §§ 284 and 2808 at issue in this case. While the plan remains in development, the pause on construction and obligation of funds for these projects, as set forth in the Proclamation, will remain in effect.[1]

In light of the ongoing Executive Branch review, the parties agree that proceedings in this case should remain stayed to allow the Defendants to continue to develop the plan called for by the Proclamation. The parties agree to submit a joint status report on May 26, 2021 addressing further proceedings in this case.

---

[1] The Proclamation authorizes the Departments of Defense and Homeland Security to make an exception to the pause "for urgent measures needed to avert immediate physical dangers or where an exception is required to ensure that funds appropriated by the Congress fulfill their intended purpose." 86 Fed. Reg. at 7226.

Dated:  April 23, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
RACHAEL L. WESTMORELAND
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:  (202) 616-5084
Fax:   (202) 616-8470
E-Mail:  Andrew.Warden@usdoj.gov

*Attorneys for Defendants*

*/s/ Brian Segee*
Brian Segee (CA Bar No. 200795)(Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
660 S. Figueroa St., Suite 1000
Los Angeles, CA 90017
Tel: (805) 750-8852
Email: bsegee@biologicaldiversity.org

*Counsel for Plaintiffs*