IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>LLOYD J. AUSTIN III, in his official capacity as Secretary of Defense, *et al*,<br><br>　　　　　　　　　　Defendants. | No. 1:19-cv-00408 (TNM) |

## JOINT STATUS REPORT

In accordance with the Court's Order of April 24, 2021, Plaintiffs and Defendants submit the following joint status report addressing further proceedings in this case.

The parties' most recent status report (ECF No. 83) explained that the parties agreed to stay further proceedings in this case to allow Defendants to continue to develop the plan called for by the President's Proclamation of January 20, 2021.  *See* Proclamation No. 10142, 86 Fed. Reg. 7225; *see also* Minute Order (Feb. 24, 2021) (granting stay).  On April 30, 2021, Defendants notified the Court and Plaintiffs that the Department of Defense had canceled all border wall projects undertaken pursuant to 10 U.S.C. § 284 and 10 U.S.C. § 2808.  *See* ECF No. 84.  As a result of that action, the Department of Defense has now made clear that it will not construct any additional border wall under sections 284 and 2808.

While the Department of Defense's cancelation of the projects represents a significant step toward implementing the President's Proclamation, the plan called for in the Proclamation is not yet complete and remains in development.  Because completion of that process may affect the proper disposition of this case, the parties agree that the stay of proceedings should remain

1

in effect.

      The parties agree to submit a joint status report on June 25, 2021, addressing further proceedings in this case.

| | |
|---|---|
| Dated:  May 26, 2021 | Respectfully submitted, |
| | |
| BRIAN M. BOYNTON<br>Acting Assistant Attorney General | /s/ Brian Segee<br>Brian Segee (CA Bar No. 200795)(Pro Hac Vice)<br>CENTER FOR BIOLOGICAL DIVERSITY<br>660 S. Figueroa St., Suite 1000<br>Los Angeles, CA 90017<br>Tel: (805) 750-8852<br>Email: bsegee@biologicaldiversity.org |
| ALEXANDER K. HAAS<br>Director, Federal Programs Branch | |
| ANTHONY J. COPPOLINO<br>Deputy Director, Federal Programs Branch | |
| | *Counsel for Plaintiffs* |
| /s/ *Andrew I. Warden*<br>ANDREW I. WARDEN<br>Senior Trial Counsel (IN Bar No. 23840-49)<br>RACHAEL L. WESTMORELAND<br>MICHAEL J. GERARDI<br>LESLIE COOPER VIGEN<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20530<br>Tel.:  (202) 616-5084<br>Fax:  (202) 616-8470<br>E-Mail:  Andrew.Warden@usdoj.gov | |

*Attorneys for Defendants*