## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY;
DEFENDERS OF WILDLIFE; ANIMAL LEGAL
DEFENSE FUND,

                              Plaintiffs,

          v.                                                      No. 1:19-cv-00408 (TNM)

LLOYD J. AUSTIN III, in his official capacity as
Secretary of Defense, *et al*,

                              Defendants.

### JOINT STATUS REPORT

In accordance with the Court's Order of May 26, 2021, Plaintiffs and Defendants submit the following joint status report addressing further proceedings in this case.

On June 11, 2021, Defendants notified the Court and Plaintiffs that the Department of Defense ("DoD") and Department of Homeland Security ("DHS") completed their plans for the redirection of funds concerning the southern border wall, as directed by Section 2 of Proclamation No. 10142, 86 Fed. Reg. 7225, 7226 (Jan. 20, 2021). *See* ECF No. 86. Those plans make clear that DoD has canceled all border wall projects undertaken pursuant to 10 U.S.C. § 284 and 10 U.S.C. § 2808, and DHS will not undertake any new barrier construction on the former § 284 and § 2808 projects. *See id.* The DHS plan also states that it will fund remediation work at the projects sites that are turned over to DHS with its Fiscal Year 2021 border wall appropriation. *See id.*, Ex. 3 at 4-5.

DHS is currently considering how it will implement the plan, including assessing the status and condition of the project sites. Additionally, DHS intends to consult with interested stakeholders, including Plaintiffs, to help inform planning and execution of any remediation

work at the projects sites.

In light of the ongoing implementation process and because the parties require additional time to discuss potential settlement, the parties agree that the stay of proceedings should remain in effect.  The parties agree to submit a joint status report on July 28, 2021, addressing further proceedings in this case.

Dated:  June 28, 2021

Respectfully submitted,

/s/ Brian Segee
Brian Segee (CA Bar No. 200795)(Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
660 S. Figueroa St., Suite 1000
Los Angeles, CA 90017
Tel: (805) 750-8852
Email: bsegee@biologicaldiversity.org

Counsel for Plaintiffs

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ Andrew I. Warden
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
RACHAEL L. WESTMORELAND
MICHAEL J. GERARDI
LESLIE COOPER VIGEN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470
E-Mail:  Andrew.Warden@usdoj.gov

Attorneys for Defendants