IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND,<br><br>       Plaintiffs,<br><br> v.<br><br>LLOYD J. AUSTIN III, in his official capacity as Secretary of Defense, *et al*,<br><br>       Defendants. | No. 1:19-cv-00408 (TNM) |

**JOINT STATUS REPORT**

In accordance with the Court's Order of August 4, 2021, Plaintiffs and Defendants submit the following joint status report.

The parties are currently engaged in good faith settlement discussions with respect to all issues in this case. The parties have exchanged written communications regarding potential settlement proposals and require additional time to continue these ongoing discussions with the goal of reaching a mutually-agreeable resolution to this case without the need for further litigation.

In light of the ongoing settlement discussions, the parties respectfully request that the Court continue the stay of proceedings for another 60 days. Good cause exists to maintain the current stay. A stay would further the interest of judicial economy by allowing the parties to focus their efforts on discussing settlement, free from any competing litigation obligations and without burdening the Court with potentially unnecessary motions and disputes. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with

economy of time and effort for itself, for counsel, and for litigants.").

The parties propose to file another status report on December 1, 2021.

Dated:  October 4, 2021                                                   Respectfully submitted,


*/s/ Brian Segee*                                                              BRIAN M. BOYNTON
Brian Segee (CA Bar No. 200795)(Pro Hac Vice)      Acting Assistant Attorney General
CENTER FOR BIOLOGICAL DIVERSITY
660 S. Figueroa St., Suite 1000                                    ALEXANDER K. HAAS
Los Angeles, CA 90017                                                Director, Federal Programs Branch
Tel: (805) 750-8852
Email: bsegee@biologicaldiversity.org                   ANTHONY J. COPPOLINO
                                                                                      Deputy Director, Federal Programs Branch
*Counsel for Plaintiffs*

                                                                                      */s/ Andrew I. Warden*
                                                                                      ANDREW I. WARDEN
                                                                                      Senior Trial Counsel (IN Bar No. 23840-49)
                                                                                      MICHAEL J. GERARDI
                                                                                      Trial Attorneys
                                                                                      U.S. Department of Justice
                                                                                      Civil Division, Federal Programs Branch
                                                                                      1100 L Street, NW
                                                                                      Washington, D.C. 20530
                                                                                      Tel.:  (202) 616-5084
                                                                                      Fax:  (202) 616-8470
                                                                                      E-Mail:  Andrew.Warden@usdoj.gov

                                                                                      *Attorneys for Defendants*