IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY;
DEFENDERS OF WILDLIFE; ANIMAL LEGAL
DEFENSE FUND,

                      Plaintiffs,

    v.

LLOYD J. AUSTIN III, in his official capacity as
Secretary of Defense, *et al*,

                      Defendants.

No. 1:19-cv-00408 (TNM)

**JOINT STATUS REPORT**

In accordance with the Court's Order of October 4, 2021, Plaintiffs and Defendants submit the following joint status report.

The parties remain in active settlement discussions and request that the Court continue the stay of this case for 60 days. The parties are currently in the process of discussing a proposed settlement framework centered around potential environmental mitigation activities at the former Department of Defense border wall construction sites. The parties exchanged proposed frameworks in September and November, and intend to continue their discussions with the goal of developing a proposed settlement agreement.

The parties agree that the interests of party and judicial economy would be furthered by allowing the parties to continue these ongoing discussions with the goal of reaching a mutually-agreeable resolution to this case without the need for further litigation. The Court has broad discretionary power to stay proceedings in order "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for the litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254-55 (1936). Further, a stay would serve the "just, speedy, and

inexpensive determination" of this action. Fed. R. Civ. P. 1. The parties are cognizant of the Court's prior comments about the length of the stay in this case, but believe that settlement discussions in this complex matter are progressing forward in good faith. Further, the parties agree that their resources and attention are best spent focusing on settlement efforts rather than active litigation before the Court that may not be necessary should the parties' negotiations be successful.

The parties therefore respectfully request that the Court continue the stay of this case for 60 days. The parties propose to file a joint status report on February 1, 2022.

Dated: December 1, 2021                                                             Respectfully submitted,


*/s/ Brian Segee*
Brian Segee (CA Bar No. 200795) (Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
660 S. Figueroa St., Suite 1000
Los Angeles, CA 90017
Tel: (805) 750-8852
Email: bsegee@biologicaldiversity.org

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Senior Trial Counsel (IN Bar No. 23840-49)
MICHAEL J. GERARDI
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:  (202) 616-5084
Fax:  (202) 616-8470
E-Mail:  Andrew.Warden@usdoj.gov

*Attorneys for Defendants*