IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ANIMAL LEGAL DEFENSE FUND,<br><br>      Plaintiffs,<br><br>v.<br><br>LLOYD J. AUSTIN III, in his official capacity as Secretary of Defense, *et al*,<br><br>      Defendants. | No. 1:19-cv-00408 (TNM) |

**JOINT STATUS REPORT**

In accordance with the Court's Order of December 10, 2021, Plaintiffs and Defendants submit the following joint status report.

The parties are nearing the conclusion of their settlement negotiations and are optimistic that an agreement can be reached that will resolve this case without further contested litigation. The parties have agreed to a settlement framework and many substantive provisions. Discussions at this time are focused on several remaining issues that the parties are working in good faith to resolve amicably.

In the event the parties reach an agreement in principle, it would be subject to final approval by the appropriate Federal Government officials.  In civil cases against the federal government, settlement authority is committed by statute to the Attorney General, *see* 28 U.S.C. § 519, who in turn has delegated the authority to settle matters to various senior officials within the Department of Justice, depending on the nature of the case and proposed settlement, *see* 28 C.F.R. §§ 0.160-0.172.  Defendants would be required to follow these procedures to obtain the

approvals necessary to finalize the proposed settlement agreement, which would result in the parties jointly agreeing to dismiss this case.

The parties are cognizant of the Court's statements during the status conference on December 10, 2021, that no further extensions of the current stay of proceedings will be granted. The parties, therefore, respectfully request that the Court set a deadline of March 25, 2022 for the filing of either (1) a motion to dismiss this case in accordance with an approved settlement agreement or (2) supplemental briefs in support of the parties' pending cross-motions for summary judgment.

The parties completed briefing cross-motions for summary judgment in September 2020. *See* ECF Nos. 63, 68, 69, 72–75. These motions were pending at the time the Court stayed this case at the parties' request. *See* Minute Order (Feb. 24, 2021). In the event this case is not dismissed by joint agreement, the parties agree it would be appropriate to submit supplemental briefs addressing the impact of the legal and factual developments that have occurred since the conclusion of summary judgment briefing. These developments include the President's Proclamation directing a reassessment of federal policy with respect to the construction of a wall along the southern border and subsequent actions taken by the Departments of Defense and Homeland Security to implement the President's Proclamation. *See* Termination of Emergency with Respect to the Southern Boarder of the United States and Redirection of Funds Diverted to the Boarder Wall Construction, Proclamation No. 10142, 86 Fed. Reg. 7225 (Jan. 20, 2021).

For these reasons, the parties respectfully request the Court enter an order establishing a deadline of March 25, 2022 for the filing of (1) a motion to dismiss this case in accordance with an approved settlement agreement or (2) supplemental briefs in support of the parties' pending cross-motions for summary judgment.

| | |
|---|---|
| Dated: February 10, 2022 | Respectfully submitted, |
| | |
| */s/ Brian Segee* | BRIAN M. BOYNTON |
| Brian Segee (CA Bar No. 200795) (Pro Hac Vice) | Acting Assistant Attorney General |
| CENTER FOR BIOLOGICAL DIVERSITY | |
| 660 S. Figueroa St., Suite 1000 | ALEXANDER K. HAAS |
| Los Angeles, CA 90017 | Director, Federal Programs Branch |
| Tel: (805) 750-8852 | |
| Email: bsegee@biologicaldiversity.org | ANTHONY J. COPPOLINO |
| | Deputy Director, Federal Programs Branch |
| *Counsel for Plaintiffs* | |
| | */s/ Andrew I. Warden* |
| | ANDREW I. WARDEN |
| | Senior Trial Counsel (IN Bar No. 23840-49) |
| | MICHAEL J. GERARDI |
| | Trial Attorneys |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street, NW |
| | Washington, D.C. 20530 |
| | Tel.: (202) 616-5084 |
| | Fax: (202) 616-8470 |
| | E-Mail: Andrew.Warden@usdoj.gov |
| | |
| | *Attorneys for Defendants* |